UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 21, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANGAL GILL,<br><br>Defendant. | Case No. 2:15-cr-00161-JAM-3<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MANGAL GILL</u> Case No. <u>2:15-cr-00161-JAM-3</u>  Charge 18 USC § 371; 1028(a)(1); 981(a)(1)(C) , from custody

\_\_\_\_\_   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $ \_\_\_\_  $ 10,000.00 to be signed by ex-wife Belraj Kaur Gill & $100,000 signed by defendant

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

(Other): <u>Pretrial release conditions as stated on the record in open court. $100,000.00 Unsecured</u>

__X__   <u>Appearance bond of defendant to be secured by defendant's rental property 611 Mae Avenue, Salinas CA.</u>

Issued at Sacramento, California on August 21, 2015 at 2:00 PM

By: _____
JUDGE KENDALL J. NEWMAN