| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TODD A. PICKLES<br>ROSANNE RUST |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MANGAL GILL,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:15-CR-00161 GEB<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCIN HEARING; [PROPOSED] ORDER |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Mangal Gill, by and through his counsel of record, hereby stipulate as follows:

　　　1.　　By previous order, this matter was set for a judgment and sentencing hearing on July 13, 2018.

　　　2.　　By this stipulation, the parties jointly move the Court to continue the judgment and sentencing hearing to November 2, 2018 in order to permit the defense the opportunity to prepare its sentencing materials.

　　　3.　　Because the defendant stands convicted of conspiracy to commit bribery and to commit identity fraud in violation of 18 U.S.C. § 371, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, do not apply to this stipulation.

NOTICE OF CHANGE OF PLEA HEARING　　　　　　　1

4. Additionally, defendant expressly agrees that he will appear before the Court on the date of November 2, 2018, and acknowledge that his failure to appear on that date may result in his immediate incarceration, that the United States may file additional charges for his failure to appear, which could result in a sentence of up to 10 years imprisonment in addition to the sentence imposed in this case, and that any failure to appear may jeopardize any motion for downward departure under U.S.S.G. § 5K1.1 that the United States might file based on any substantial assistance provided to the prosecution to date.

5. Counsel for the defense agree that they will provide a copy of the stipulation and the Court's order to their client.

IT IS SO STIPULATED.

DATED: July 12, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: July 12, 2018

*/s/ Nancy Kardon (as authorized on 7/12/18)*
NANCY KARDON, ESQ.

For defendant MANGAL GILL

**O R D E R**

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing set for July 13, 2018 is continued to November 2, 2018 at 9:00 a.m. All dates previously set for the filing of documents with the Court are reset consistent with judgment and hearing date of November 2, 2018.

IT IS SO ORDERED.

Dated: July 12, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge