Edward M. Robinson, Bar 126244
Nancy Kardon, Bar 156545
**ROBINSON KARDON**
21515 Hawthorne Boulevard Suite 730
Torrance, CA 90503
310.316.9333 office
310.316.6442 fax
Email: eroblaw@gmail.com
Email: nkardon@kardonlaw.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANGAL GILL<br><br>Defendant. | CASE NO.: 2:15-CR-00161-GEB<br><br>[~~PROPOSED~~]ORDER |

IT IS SO ORDERED:

1) The release conditions for Mr. Gill are hereby modified to include drug testing as follows: You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.

IT IS SO ORDERED

Dated: August 14, 2018.

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE