UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-00161-WBS |
| Plaintiff, | |
| v. | ORDER |
| MANGAL GILL, | |
| Defendant. | |

----oo0oo----

    Before the court is defendant Mangal Gill's declaration filed July 10, 2020, which requests his release, or alternatively his placement on home confinement, under 18 U.S.C. § 3582(c)(1)(A).[1] (Docket No. 268.) The United States shall file any opposition to defendant's motion no later than July 27, 2020. Defendant may file a reply no later than August 10, 2020. The

---

[1] The court denied a previous request for failure to exhaust remedies with the Bureau of Prisons. (Docket No. 267.) Defendant now represents that he has exhausted his administrative remedies through a request filed with the Bureau of Prisons on or before June 2, 2020.

1

court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: July 15, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE