UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MANGAL GILL,<br><br>            Defendant. | No. 2:15-cr-00161-WBS<br><br><br><br>ORDER |

----oo0oo----

      Defendant has filed a request for compassionate release under 18 U.S.C. § 3582(c)(1)(A).[1] (Docket No. 268.) The United States opposes the motion. (Docket No. 270.)

      The court recognizes that defendant is 60 years old, is pre-diabetic, is overweight, has a prior history of heart issues, and is housed at FCI Lompoc, which has had numerous inmates test

---

[1] The court denied without prejudice defendant's initial motion for compassionate release based on failure to exhaust his administrative remedies. (Docket Nos. 266, 267.) The United States concedes that defendant has since exhausted his administrative remedies with the Bureau of Prisons. (Docket No. 270 at 3.)

1

positive for the coronavirus, including defendant.[2] Nevertheless, it appears that the Bureau of Prisons has been able to sufficiently treat his medical conditions, including his diagnosis of COVID-19.  Overall, defendant has not shown that his age and medical condition, along with the COVID-19 pandemic, qualify as extraordinary and compelling reasons for release under 18 U.S.C. § 3582(c)(1)(A) and U.S.S.G. § 1B1.13.  See, e.g., United States v. Williams, No. 2:13-cr-383 TLN, 2020 WL 3402439, *2 (E.D. Cal. June 19, 2020) (defendant's confinement at FCI Lompoc and diagnosis of hypertension along with other medical history and prevalence of COVID-19, was insufficient to show extraordinary circumstances under 18 U.S.C. § 3582(c)(1)(A)).[3]

        IT IS THEREFORE ORDERED that defendant's motion for compassionate release (Docket No. 268), be, and the same hereby is, DENIED.

Dated:  August 11, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2]  Defendant also claims that he suffers from asthma and anemia, though his medical records do not indicate that he has or is currently being treated for either condition, notwithstanding his contention that he has attached records documenting those conditions.  His medical records also do not indicate that he is currently being treated for any heart condition.

[3]  **WBS: The defendant has about 2 years left on a 51-month sentence for bribing DMV officials to obtain commercial drivers' licenses.**