UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MANGAL GILL,<br><br>        Defendant. | No. 2:15-cr-00161-WBS<br><br><br>ORDER |

----oo0oo----

Defendant Mangal Gill has filed a motion for reconsideration of the court's denial of his request for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (Docket No. 277.) Defendant's motion essentially argues that the risk of the coronavirus to all inmates at FCI Lompoc, along with the risk to him specifically, constitute extraordinary and compelling reasons for his release under 18 U.S.C. § 3582(c)(1)(A) and U.S.S.G. § 1B1.13. The court already considered and rejected these arguments in its order denying compassionate release (Docket No. 276), and the further argument raised by defendant in

1

the instant motion does not warrant reconsideration of the court's denial.  Accordingly, the motion for reconsideration (Docket No. 277) is DENIED.

IT IS SO ORDERED.

Dated:   September 2, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE