UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:15-cr-00161-03 WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MANGAL GILL, | |
| Defendant. | |

----oo0oo----

Defendant Mangal Gill has filed an "Ex Parte Motion to Return Passport." (Docket No. 295.) The government is hereby ORDERED to file a response to this request within 21 days. Defendant may file any reply to the government's response no later than 14 days from the date of the filing of the government's response. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: June 29, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1