UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-00161 WBS |
| Plaintiff, | |
| v. | ORDER |
| MANGAL GILL, | |
| Defendant. | |

----oo0oo----

Defendant Mangal Gill has filed an "Ex Parte Motion to Return Passport." (Docket No. 295.) The government does not oppose the request. (Docket No. 298.) In light of the government's non-opposition, the motion is GRANTED. The Office of Pretrial Services shall return defendant's passport to defendant forthwith.

IT IS SO ORDERED.

Dated: July 27, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1